THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN B. GREEN, Appellant.— Judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant on two charges of violating section 65 of the Alcoholic Beverage Control Law (selling liquor to a minor who was intoxicated), and sentencing him on each charge to pay a fine of twenty-five dollars, or in default of payment, to serve ten days in the city prison, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH INNACE, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendant of the crime of violating section 986 of the Penal Law (book-making), unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING SPITZER, Appellant.— Judgment of the County Court of Queens County, convicting defendant of the crimes of burglary in the third degree and petit larceny, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LESLIE THOMPSON, Appellant.— Judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of violating section 65 of the Alcoholic Beverage Control Law (permitting sale of liquor to intoxicated persons), and sentencing him to pay a fine of $100 or, in default of payment, to serve thirty days in the city prison, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MILLIE TRAPANI, Appellant.— Judgment of the County Court of Kings County, convicting defendant of the crime of burglary in the third degree, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

GEORGE J. RUDNICK, Appellant, v. SYLVIA WEINBERG, Respondent.— Action to recover a real estate broker's commissions, in which the plaintiff on motion was granted summary judgment in the City Court of the City of New York, Kings County. Order of the Appellate Term reversing the order and judgment of the City Court and denying the motion for summary judgment, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ.

MELVIN SOLOMON, an Infant, by Isidore Solomon, His Guardian ad Litem, et al., Appellants, v. SAMUEL GREENBERG et al., Individually and Doing Business under the Name of Camp TA-GO-LA, Defendants, and ALEXANDER L. TAKE, Defendant-Respondent.— Action by the infant plaintiff to recover damages for personal injuries, and by his father for expenses and loss of services. The infant plaintiff was injured during the course of a baseball game at a summer camp. The complaint alleges causes of action for negligence and for breach of contract. The complaint was dismissed at the close of plaintiffs' case. Judgment reversed on the law and a new trial granted, with costs to abide the event. In our opinion there was a question of fact for the jury. Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur.